No. 89–7573. FRANK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–7575. SANCHEZ-RODRIGUEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–7579. MUKHTAR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–7585. ROMERO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–7590. HOLSEY *v.* NUTH, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 89–7611. EVANS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–7620. WILLIAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–7622. RAMIREZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–7624. WHITE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 88–1958. SUPREME BEEF PROCESSORS, INC. *v.* YAQUINTO, TRUSTEE FOR CARAVAN REFRIGERATED CARGO, INC. C. A. 5th Cir. Motions of Shippers National Freight Claims Council, Inc., and National Industrial Transportation League et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.